```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
CARLOS GOODALL,

                              Plaintiff,

            -v-

TERRY BILLINGSLEY, Warden, Federal
Correctional Institution Otisville and THE
UNITED STATES PAROLE COMMISSION,

                              Defendants.
------------------------------------------------------------X
```

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 6/28/13
```

No. 11 Civ. 5603 (RA)

ORDER ADOPTING REPORT AND RECOMMENDATION

RONNIE ABRAMS, United States District Judge:

The Court hereby adopts the thorough and well-reasoned Report and Recommendation of Magistrate Judge Freeman, dated May 17, 2013, to which no objection has been filed. Accordingly, the petition for a writ of habeas corpus is denied and the action is dismissed with prejudice. The Court also finds pursuant to 28 U.S.C. § 1915(a)(3) that any appeal from this Order would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 445 (1962).

SO ORDERED.

Dated:   June 28, 2013
         New York, New York

/s/ Ronnie Abrams
Ronnie Abrams
United States District Judge